UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marie Adam Gray, *also known as* Marie Sanchez,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GC Services Limited Partnership,<br><br>　　　　Defendant. | CIVIL FILE NO.: 12-CV-1178 (SRN/SER)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, by and through its undersigned counsel hereby dismisses its Complaint against Defendant with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**MARSO AND MICHELSON, P.A.**

Dated: July 9, 2012

By:　s/Patrick L. Hayes
Patrick L. Hayes (0389869)
Attorneys for Plaintiff
3101 Irving Avenue South
Minneapolis, Minnesota 55408
Telephone: 612-821-4817
phayes@marsomichelson.com