# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marie Adam Gray, *also known as* Marie Sanchez,<br><br>Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership,<br><br>Defendant. | CIVIL FILE NO.: 12-CV-1178 (SRN/SER)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: July 9, 2012

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge